THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.

| | |
|---|---|
| **JAMIE ALLEN, ET. AL**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHEROKEE COUNTY; SCOTT LINDSAY, in both his individual capacity and official capacity as DSS attorney for Cherokee County; CINDY PALMER, in her individual capacity and official capacity as Director of DSS for Cherokee County; and DONNA CRAWFORD, in her individual capacity and official capacity as Director of DSS for Cherokee County, LISA DAVIS, in her individual capacity and official capacity as Director of DSS**<br><br>**Defendants.** | **NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendants Cherokee County, Cindy Palmer, Scott Lindsay, Donna Crawford in her official capacity only, and Lisa Davis in her official capacity only (collectively, "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby file their Notice of Removal of this action from the North Carolina General Court of Justice, District Court Division, Cherokee County, to the United States District Court for the Western District of North Carolina. In support of this removal, Defendants state the following:

1. On July 22, 2020, the Plaintiffs caused initial pleadings to be filed against Defendants (1) Cherokee County; (2) Scott Lindsay, individually and officially as attorney for Cherokee County Department of Social Services ("DSS"); (3) Cindy Palmer, individually and

officially as Director of Cherokee County DSS; and (4) Donna Crawford, individually and officially as Director of Cherokee County DSS,  and (5) Lisa Davis, individually and officially as Director of Cherokee County DSS,in the General Court of Justice, District Court Division of Cherokee County, North Carolina, Case No. 20-CVD-344.

2. On August 24, 2020, the Plaintiff filed an Amended Complaint.

3. The Defendants accepted service of this Complaint on September 11, 2020.  Lisa Davis and Donna Crawford in their individual capacities have not been served.

4. Accordingly, this Notice of Removal has been filed within thirty days of service on Defendants of Plaintiff's Amended Complaint.

5. This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 because the allegations and a cause of action in the Complaint arise under 42 U.S.C. § 1983.  *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

7. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

8. Pursuant to 28 U.S.C. § 1446(b)(2), all Defendants who have been properly joined and served consent to removal in this action to this Court.

9. A copy of the Complaint and Amended  Complaint is attached hereto as **Exhibit A**.  This document constitutes all "process, pleadings, and orders" served upon Defendants in the State Court Action as required by 28 U.S.C. § 1446(a).

10. Written notice of the filing of this Notice of Removal will be provided to Plaintiff, together with a copy of the Notice of Removal and supporting papers. Pursuant to 28 U.S.C. § 1446(d), the same was filed with the District Court of Cherokee County, North Carolina.

WHEREFORE, Defendants Cherokee County, Cindy Palmer, Scott Lindsay, Lisa Davis in her official capacity, and Donna Crawford in her official capacity only respectfully pray that the above-captioned action now pending against them proceed in this Court as an action properly removed.

Respectfully submitted, this the 11th day of September 2020.

    s/Sean F. Perrin
    Michael A. Ingersoll
    WOMBLE BOND DICKINSON (US), LLP
    3500 One Wells Fargo Center
    301 South College Street
    Charlotte, NC 28202
    Phone: (704) 331-4992
    E-mail: Sean.Perrin@wbd-us.com
    E-mail: Mike.Ingersoll@wbd-us.com
    Counsel for Defendants Cherokee County, Scott Lindsay in his official capacity, and Cindy Palmer in her official capacity and Donna Crawford in her official capacity and Lisa Davis in her official capacity

    s/Patrick Flanagan
    Cranfill Summer and Hartzog
    2907 Providence Road, #200
    Charlotte, North Carolina 28211
    phf@cshlaw.com>
    Counsel for Defendant Scott Lindsay in his individual capacity

    s/John Kubis
    Teague Campbell Dennis and Gorham
    22 N Pack Square # 800
    Asheville, NC 28801
    (828) 254-4515
    John Kubis <JKubis@teaguecampbell.com>

    Counsel for Defendant Cindy Palmer in her individual capacity

3

# CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing **NOTICE OF REMOVAL** via CM/ECF and by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon as follows:

David A. Wijewickrama
95 Depot Street
Waynesville, North Carolina 28786
(828) 452-5801

*Counsel for Plaintiff*

This 11th day of September 2020.

                                              */s/Sean F. Perrin*_____
                                              Sean F. Perrin