UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PATRICIA SIMMONDS, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.: 1:20-cv-250 |

| | |
|---|---|
| TIENDA PHILLIPS, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-274 |

1

| | |  |
|---|---|---|
| NATHAN DAVENPORT, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-276 |
| | ) | |
| CHEROKEE COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| MELANIE DYER, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-277 |
| | ) | |
| CHEROKEE COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NATHAN DAVENPORT, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-278 |
| | ) | |
| CHEROKEE COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| JEREMY SILVERS, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-280 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

| | |
|---|---|
| REGINA MANEY, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-281 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

| | |
|---|---|
| DESIREE REILY, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-282 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

| | |
|---|---|
| MARTHA KILLIAN, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-283 |
| AMANDA TIMPSON, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-284 |
| SARAH CRAPSE, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-285 |

| | |
|---|---|
| HANNAH ALLEN, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-286 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TESSA DORSEY, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-287 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| LIBBY HELMS, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-288 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SHALEES GREENLEE, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-289 |
| SAMANTHA TORRES, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-290 |
| KELLY WALKER, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-292 |

| | |
|---|---|
| SHEENA DOCKERY, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-293 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| JESSICA FARQUHAR, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-294 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| CAINE BURNETTE, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-295 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | ) | |
|---|---|---|
| STEPHEN DOWNEY, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-296 |
| | ) | |
| CHEROKEE COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

| | ) | |
|---|---|---|
| CHEYENNE SPICOLA, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-297 |
| | ) | |
| CHEROKEE COUNTY, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## STATUS REPORT

COME NOW the parties in the above captioned actions, and make the following report pursuant to the Court's Order directing updates every 45 days:

1. The parties have scheduled mediation for April 25 and 26 of 2022.
2. The Plaintiffs have received a response from the North Carolina State Bar, regarding the ethical implications of several mechanisms to facilitate settlement.

3. Based on this response, Plaintiffs retained outside counsel to facilitate drafting of global settlement documents required for an informed resolution process.

4. Plaintiffs have obtained consent from the clients to engage in a global settlement negotiation.

5. Plaintiffs' counsel has had multiple meetings with Judge Cromer to discuss a settlement process framework.

6. Judge Cromer has had discussions with counsel from both sides regarding process/procedural issues.

7. Plaintiffs continue to evaluate the possibility of a global settlement figure, whereby the Defendants will pay a single sum of money that would then be apportioned among the several Plaintiffs by a neutral referee, appointed by and approved by the Court   The parties have identified a likely candidate to serve as the special master or neutral referee to determine funds allocations. Plaintiffs are exploring the ability of the Defendants to pay a settlement that would adequately compensate all the affected parties.

8. Defendants continue to work with all sources of settlement funds to ensure that a mediation conference takes place in good faith.

9. A memorandum from Anderson Cromer, the mediator, is attached to this status report regarding the scope and plan for the settlement conference. Jointly and respectfully submitted, this 11th day of April, 2022.

BY:

/s/David A. Wijewickrama
David A. Wijewickrama
N.C. State Bar No.: 30694

/s/ Melissa Jackson
Melissa Jackson
N.C. State Bar No.: 34013

/s/ D. Brandon Christian
D. Brandon Christian
N.C. Bar No. 39579

/s/ Ronald L. Moore
Ronald L. Moore
N.C. Bar. No. 9619

/s/ Mary Euler
Mary Euler
N.C. Bar No.: 25799

/s/ Patrick Flanagan
Patrick Flanagan
N.C. Bar. No.: 17407

/s/ Sean Perrin
Sean Perrin
N.C. Bar No.: 22253