UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PATRICIA SIMMONDS, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:20-cv-250 |

| | |
|---|---|
| TIENDA PHILLIPS, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-cv-274 |

1

| | |
|---|---|
| NATHAN DAVENPORT, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-276 |
| MELANIE DYER, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-277 |
| NATHAN DAVENPORT, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-278 |

| | |
|---|---|
| JEREMY SILVERS, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-280 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

| | |
|---|---|
| REGINA MANEY, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-281 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

| | |
|---|---|
| DESIREE REILY, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-282 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

| | |
|---|---|
| MARTHA KILLIAN, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-283 |
| AMANDA TIMPSON, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-284 |
| SARAH CRAPSE, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-285 |

| | |
|---|---|
| HANNAH ALLEN, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-286 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| TESSA DORSEY, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-287 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| LIBBY HELMS, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-288 |
| ) | |
| CHEROKEE COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| SHALEES GREENLEE, et al.<br><br>    Plaintiff,<br><br>v.<br><br>CHEROKEE COUNTY, et al,<br><br>    Defendants. | Civil Action No. 1:21-cv-289 |
| SAMANTHA TORRES, et al.<br><br>    Plaintiff,<br><br>v.<br><br>CHEROKEE COUNTY, et al,<br><br>    Defendants. | Civil Action No. 1:21-cv-290 |
| KELLY WALKER, et al.<br><br>    Plaintiff,<br><br>v.<br><br>CHEROKEE COUNTY, et al,<br><br>    Defendants. | Civil Action No. 1:21-cv-292 |

| | |
|---|---|
| SHEENA DOCKERY, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-293 |
| JESSICA FARQUHAR, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-294 |
| CAINE BURNETTE, et al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEROKEE COUNTY, et al, )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 1:21-cv-295 |

| | |
|---|---|
| STEPHEN DOWNEY, et al.   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>CHEROKEE COUNTY, et al,   )<br>)<br>Defendants.   )<br>)<br>)  | Civil Action No. 1:21-cv-296 |
| CHEYENNE SPICOLA, et al.   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>CHEROKEE COUNTY, et al,   )<br>)<br>Defendants.   )<br>)<br>)  | Civil Action No. 1:21-cv-297 |

## STATUS REPORT

COME NOW the parties in the above captioned actions, and make the following report pursuant to the Court's Order directing updates every 45 days:

1. The parties have engaged in mediations on May 31, June 3, and June 8, 2022 with Anderson Cromer.

2. Counsel for the parties are close to reaching a proposed settlement agreement. Counsel for the Plaintiffs must obtain the assent of each and all plaintiffs (or

representatives of each plaintiff), which will require a substantial amount of time which the Parties currently estimate to be at least 30 days. Contemporaneously with this Status Report, the Parties have filed a motion to extend the stay in this case for thirty (30) days.

3. The cases have not been fully resolved, and the Parties hope to have all outstanding issues resolved by July 18, 2022.

Jointly and respectfully submitted, this 16th day of June, 2022.

BY:

/s/David A. Wijewickrama
David A. Wijewickrama
N.C. State Bar No.: 30694

/s/ Melissa Jackson
Melissa Jackson
N.C. State Bar No.: 34013

/s/ D. Brandon Christian
D. Brandon Christian
N.C. Bar No. 39579

/s/ Ronald L. Moore
Ronald L. Moore
N.C. Bar. No. 9619

/s/ Mary Euler
Mary Euler
N.C. Bar No.: 25799

/s/ Patrick Flanagan
Patrick Flanagan
N.C. Bar. No.: 17407

/s/ Sean Perrin
Sean Perrin
N.C. Bar No.: 22253