IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00250-MR-WCM

| | |
|---|---|
| PATRICIA SIMONDS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHEROKEE COUNTY, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court hereby requests a status report from the parties regarding the status of the effectuation of the Orders establishing the trusts on behalf of the minor and incompetent plaintiffs in these consolidated cases.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of this Order, status reports shall be provided to the Court by the Plaintiffs' attorneys, the Trustee, and the Guardian Ad Litem, advising of the status of the effectuation of the Orders establishing the trusts on behalf of the minor and incompetent plaintiffs in these consolidated cases.

The Clerk of Court is respectfully directed to provide copies of this Order to counsel for the Plaintiffs, the Trustee Brian T. Lawler (whose new

address is: The Forest Law Group, 2 Town Square Blvd., Suite 200, Asheville, NC 28803), and the Guardian Ad Litem Joy McIver.

**IT IS SO ORDERED.**

Signed: May 17, 2023

Martin Reidinger
Chief United States District Judge