IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00250-MR-WCM

| | |
|---|---|
| PATRICIA SIMONDS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHEROKEE COUNTY, et al., )<br>)<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Status Report Regarding the Effectuation of the Orders Establishing Trusts on Behalf of the Minor and Incompetent Plaintiffs. [Doc 125].

On May 17, 2023, the Court directed the parties to file status reports regarding the effectuation of the Orders establishing the trusts on behalf of the minor and incompetent plaintiffs in these consolidated cases. [Doc. 123]. The Plaintiffs' counsel filed their Status Report, which included a report from the Trustee Brian T. Lawler, on May 26, 2023. [Doc. 125]. In his report, Mr. Lawler describes the efforts he has undertaken to open trust accounts for each of the minor and incompetent Plaintiffs. [Doc. 125-1]. Mr. Lawler indicates that while he has contacted several of the trust beneficiaries, he

has been unable to contact all of them and that efforts to do so are still ongoing. [Id. at ¶ 16]. He further states that he is working on coordinating face-to-face meetings with each beneficiary according to the terms of the Trust. [Id. at ¶ 26].

In light of the Trustee's report, the Court will direct the Trustee to provide additional status reports every thirty (30) days until such time as the Trustee has been able to contact all of the minor and incompetent plaintiffs and conduct face-to-face meetings with each of them.

**IT IS, THEREFORE, ORDERED** that the Trustee shall provide additional status reports every thirty (30) days until such time as the Trustee has been able to contact all of the minor and incompetent plaintiffs and conduct face-to-face meetings with each of them.

The Clerk of Court is respectfully directed to provide copies of this Order to counsel for the Plaintiffs, the Trustee Brian T. Lawler, and the Guardian Ad Litem Joy McIver.

**IT IS SO ORDERED.** Signed: June 27, 2023

Martin Reidinger
Chief United States District Judge